IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case Number: 3: 20-cv-00050

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S.A. ALSAN AND ASSOCIATES, INC. )<br>also doing business as THE ALSAN )<br>GROUP; SPENCER SPIRIT )<br>HOLDINGS, INC., STAG GI )<br>COMPANY, LLC, SUNRISE )<br>ROOFING, INC., JONES LANG )<br>LaSALLE AMERICAS, INC. and )<br>ASSET MANAGEMENT )<br>CONSULTANTS, LLC, )<br>)<br>Defendants. ) | **NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW Plaintiff, The Cincinnati Insurance Company (also known as Cincinnati Insurance Company, hereafter "Cincinnati"), by and through counsel, and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all of its claims in the above-captioned action. Plaintiff files this Notice of Dismissal, and not a Stipulation of Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as none of the defendants have filed an answer or other responsive pleading in this case. Each party is to bear their own costs.

1

This the 16th day of June, 2020.

                                       PINTO COATES KYRE & BOWERS, PLLC

                                       /s/ Deborah J. Bowers
                                       Deborah J. Bowers
                                       N.C. Bar No.: 24937
                                       Email: dbowers@pckb-law.com

                                       /s/ Lenneka H. Feliciano
                                       Lenneka H. Feliciano
                                       N.C. Bar No.: 42823
                                       Email: nfeliciano@pckb-law.com

                                       3203 Brassfield Road
                                       Greensboro, NC 27410
                                       Telephone:    (336) 282-8848
                                       Facsimile:     (336) 282-8409
                                       *Attorneys for Plaintiff, The Cincinnati Insurance Company*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on this date a copy of the foregoing Notice of Dismissal was filed electronically with the Court using the CM/ECF system. The undersigned also certify that a copy of the foregoing Dismissal was served on the following parties by depositing copies thereof in the United States Mail, first class, postage prepaid, addressed to:

Asset Management Consultants, LLC
C/O: National Registered Agents, Inc.
104 Franklin Avenue, Unit A-248
Spartanburg, South Carolina 29301

Jones Lang LaSalle Americas, Inc.
C/O: CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

S.A. Alsan and Associates, Inc.
Also Doing Business as The Alsan Group
C/O: Marina Shapiro
580 Roger Williams Avenue, Suite 26
Highland Park, Illinois 60034

Spencer Spirit Holdings, Inc.
C/O: The Corporation Trust Company
Registered Agent
820 Bear Tavern Road
West Trenton, New Jersey 08628

Stag GI Company, LLC
C/O: Stag Investments and
Registered Agent Solutions, Inc.
44 School Street, Suite 505
Boston, Massachusetts 02108

This the 16th day of June, 2020.

                                                     s/Deborah J. Bowers
Deborah J. Bowers
N.C. State Bar Number: 24937
dbowers@pckb-law.com

s/Lenneka H. Feliciano
Lenneka H. Feliciano
N.C. State Bar Number: 42823
nfeliciano@pckb-law.com

3203 Brassfield Road
Greensboro, North Carolina 27410
Telephone: 336-282-8848
Facsimile: 336-282-8409

*Attorneys for Defendant The Cincinnati Insurance Company*